UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>LANDON MARTINEZ (1),<br><br>              Defendant. | Case No.:  21CR1482-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Defendant Landon Martinez's Sentencing Hearing is continued from October 18, 2021 to **November 15, 2021** at **9:00 a.m.**  Defendant shall file an acknowledgment of the new hearing date by October 22, 2021.

    IT IS SO ORDERED.
Dated:  October 12, 2021

                              *Janis L. Sammartino*
                              Hon. Janis L. Sammartino
                              United States District Judge

21CR1482-JLS